## McDonald, Appellant, v. Babcock.

*Appeals—Entry of nonsuit.*

An appeal does not lie from an order of the court below entering
a nonsuit; only from the refusal to take it off.

Argued October 13, 1920. Appeal, No. 117, Oct. T.,
1920, by plaintiff, from order of C. P. Allegheny Co.,
July T., 1917, No. 1534, entering nonsuit, in case of Mor-
gan McDonald v. E. V. Babcock, Mayor, et al. Before
BROWN, C. J., FRAZER, WALLING, SIMPSON and KEPHART,
JJ. Affirmed.

1920.]        Statement of Facts—Opinion of the Court.

Issue in mandamus proceedings.  Before CARPEN-
TER, J.

At the trial, the court entered a nonsuit which it sub-
sequently refused to take off.  Plaintiff appealed.

*Error assigned* was entry of nonsuit.

*R. P. Lewis,* with him *Frank I. Gosser,* for appellant.

*Hermann F. Ruoff,* with him *Charles A. O'Brien,* for
appellees.

PER CURIAM, December 31, 1920:

Even if there were merit in this appeal it would have
to be dismissed, for the refusal of the court to take off
the nonsuit has not been assigned as error.  An appeal
from the entry of it does not lie, but only from the re-
fusal to take it off: Bausbach v. Reiff, 237 Pa. 482;
Nazareth Foundry & Machine Company v. Marshall et
al., 257 Pa. 489.

Judgment affirmed.